Henry Weyand and Daniel E. Cronin, Appellants, v. Frederick G. Randall and Pierre Noel, Impleaded with The Park Terrace Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr JJ., concurred.

Charles J. Wright, Respondent, v. Coleridge H. Keesler and Marvin Keesler, Appellants.—Judgment affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Jacob Young, Appellant, v. The Nassau Electric Railroad Company, Respondent.— Order of the Muncipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

Margaretha Behrens, Respondent, v. Sarah S. Sturges and Others, Appellants.— Motion granted, without costs, and case set down for argument June 27, 1910. Present — Hirschberg, P. J., Woodward, Jenks and Burr, JJ.

In the Matter of the Application of Gaetano M. Belfatto for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ.

In the Matter of the Application of The Co-Operative Law Company.— Motions granted. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

In the Matter of the Application of John D. De Witt for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

In the Matter of the Application of Clarence C. Fowler for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

In the Matter of the Application of Walter B. Gilmore for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

In the Matter of the Application of J. Morris Graves for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

In the Matter of the Application of Abraham A. Lustig for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ.

In the Matter of the Application of Bernard J. McManus for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

In the Matter of the Application of Hugo Wiese, as Committee, etc., of Susie Wiese, etc., an Incompetent, to Withdraw Certain Moneys from the City Chamberlain, under Section 1441 of the Greater New York Charter.*— Motion granted, without costs, and order signed. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

---

* Laws of 1901, chap. 466.—[REP.